UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PATRICIA MAUREEN KLUGE and | ) | Case No. 11-61517 |
| WILLIAM JAY MOSES, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |

## MOTION TO RESTRICT PUBLIC ACCESS

The Debtors, PATRICIA MAUREEN KLUGE and WILLIAM J. MOSES, by and through counsel, pursuant to 11 U.S.C. § 342(c)(1), move this Court to restrict public access to the Voluntary Petition filed herein as ECF Docket Entry #1 because the Form 21 Statement of Social Security Number(s) was inadvertently included in that Entry.

Respectfully submitted,

PATRICIA MAUREEN KLUGE and
WILLIAM J. MOSES
By counsel

_/s/ Kermit A. Rosenberg_
Kermit A. Rosenberg (VSB #14975)
Butzel Long Tighe Patton, PLLC
1747 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006-4604
Telephone: 703.454.2800
Facsimile:  703.454.2805
Email: krosenberg@butzeltp.com
Counsel for Debtors