B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
Western District of Virginia

In Re  Patricia Maureen Kluge & William Jay Moses                    Case No. 11-61517
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2011(db) | 12980.76 | |
| 2010(db) | 0.00 | |
| 2009(db) | 37500.00 | |
| | | |
| 2011(jdb) | 14746.16 | |
| 2010(jdb) | 0.00 | |
| 2009(jdb) | 37500.00 | |

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2011 (db) | | |
| 2010 (db) | | |
| 2011 (jdb) | 6000.00 | IBM Pension |
| 2010 (jdb) | 6000.00 | IBM Pension |

**3. Payments to creditors**

None ☒ *Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Edward B. McMahon, Jr., Esq.<br>107 East Main Street<br>Middleburg, VA 20118 | 3/18, 4/18, 4/26, 5/3 | $5,000, $5,000, $30, 16193.00 | 16193.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

None
☒     *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐     a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Tiger Fuel Company V.P. Kluge and W. Moses GV11002151-00 | Guarantee | Circuit Court of Albemarle County, VA | pending |
| Farm Credit of the Virginias V. Case #10-835 | Fraudulent conveyance | Circuit Court of Albemarle County, VA | pending |
| Farm Credit of the Virginias V. Case #10-834 | Guarantees | Circuit Court of Albemarle County, VA | pending |
| Sona Bank v. Clover Acquisitions LLC CL 11-19 | Confession of judgment | Circuit Court of Fauquier County, VA | Judgment |
| Bank of America V. Civil Action No.3:11-cv-00001 | Guarantee | U.S. District Court Western District of Virginia | judgment |
| Sona Bank CL v. P KLuge 10-814 | Confession of Judgment | Circuit Court of Fauquier County, VA | Judgment |
| Tiger Fuel Co. v. P. Kluge and W. Moses GV 1100 2152-00 | Account | Circuit Court of Albemarle County | pending |
| Tiger Fuel Co. v. P Kluge and W. Moses GV-1100215 | Account | General District Court for the City of Charlottesville | pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Kluge Estate Winery and Vineyard, LLC v. Farm Credit of the Virginias, ACA Case No. 3:11-cv-00028-NKM-BWC | Complaint | U.S. District Court Western District of Virginia | Dismissed without prejudice |

None ☒  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☒  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**

None ☒  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

_____

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

_____

### 7. Gifts

None ☐ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| John W. Kluge Trust<br>Stuart Subotnick<br>c/o Stuart Subotnick, Trustee<br>Metromedia Company<br>810 7th Avenue<br>NY NY 10019 | Sole beneficiary is Patricia Kluge's son. | 9/10 | Partial gift - $350,000 |

_____

### 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

_____

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Kermit A Rosenberg<br>Butzel Long Tighe Patton, PLLC<br>1747 Pennsylvania Avenue, N.W.<br>Suite 300<br>Washington, D.C. 20006-4604 | 2/1, 4/26, 5/3 | $25,000, $40,000, $20,000 |

_____

**10. Other transfers**

None ☐    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| John W. Kluge Trust<br>c/o Stuart Subotnick, Trustee<br>Metromedia Company<br>810 7th Avenue<br>NY NY 10019<br><br>Relationship: Sole beneficiary is Patricia Kluge's son. | 9/10 | 3073 Ellerslie Drive, Charlottesvile (Albemafrle County), VA<br>Satisfaction of $300,000 loan |
| W.L. Wright<br>Charlottesville, VA<br>Relationship: None | 3/11 | Ford F-350 truck - $5,000<br>Rhino 15' cutter - $4,000<br>Fabricated snow blade - $500<br>New Holland T-100 tractor - $10,000 |
| Eric Trump Wine Manufacturing LLC<br>100 Grand Cru Drive<br>Charlottesville, VA 22902<br>Relationship: prospective employer | 5/20/11 | Jacobsen mower - $10,000 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

## Items Remaining to be Delivered that are not at Albemarle House

| Notebook Page # | Catalogue Lot # | Contract Ref. # | Sotheby's Item ID | Item Description | Location on 13-Jan-2011 | Storage Location | Original Low Est | Original High Est |
|---|---|---|---|---|---|---|---|---|
| 113 | 727 | | 639 | 5LF49 | Pair of salmon velvet-upholstered armchairs t/w pair of green linen upholstered club chairs and green linen upholstered ottoman (5 pieces) | New York for Repairs | | 4,000 | 6,000 |
| 8 | 348 | | 215 | 5LG7M | Set of twelve black and parcel-gilt wall brackets | Boxed - location uncertain | MISSING ELLERSLIE ? | 2,000 | 3,000 |
| 155 | 175 | C | 297 | 5LDXY | SET OF EIGHT STAFFORDSHIRE EARTHENWARE PARCEL-GILT | Boxed - location either Glen Love or Ellerslie | MISSING ELLERSLIE ? | 1,000 | 1,500 |
| 25 | 372 | | 518 | 5LF8R | Set of four French Print depicting coaching scenes from Costumes de Paris a Travers de Siecle | ?? | | 1,000 | 1,500 |
| 111 | 661 | | 626 | 5LF3G | Pair of salmon velvet-upholstered club chairs | New York for Repairs | | 0 | 0 |
| 112 | 726 | | 638 | 5LF48 | Brown velvet-upholstered three-cushion sofa | New York for Repairs | 8-Mar 2011 Confirmed in NY with A. Schneller Sons | 2,500 | 3,500 |
| 30 | 655 | | 641 | 5LF4C | group of three needlework and beadwork cushions | Glen Love | NOT SURE WHICH ONES | 1,200 | 1,800 |
| 114 | 751 | | 644 | 5LF4H | Gray velvet-upholsterd chaise longue | ?? Sleigh bench at Glen Love? | 8-Mar 2011 Possibly confirmed in NY with A. Schneller Sons - REDEEMED? NY | 800 | 1,500 |
| 95 | 711 | | 715 | 4JSSN | YORUBA CARVED WOOD GELEDE MASK WITH ELEPHANT FIGURE AND DAGGER MOTIF | Not Found | | 3,500 | 4,500 |
| 95 | 708 | C | 716 | 4JSSP | AFRICAN CARVED WOOD STOOL WITH SINGLE FIGURE | Not Found | | 3,000 | 5,000 |
| 85 | 712 | C | 740 | 4JTD7 | SMALL LUBA CARVED WOOD STOOL WITH SEATED FIGURE | Not Found | | 1,000 | 1,500 |
| 72 | 720 | C | 825 | 4JV2T | BAMILEKE CARVED WOOD STOOL WITH TWO FIGURES PERCHED ON THE BACK OF A PANTHER | Not Found | | 2,000 | 3,000 |

278372

"?", "NO", "NOT AT ELLERSLIE OR Glenlove"

| Notebook Page # | Catalogue Lot # | Contract Ref. # | Sotheby's Item ID | Item Description | Location on 13-Jan-2011 | Storage Location | Original Low Est | Original High Est |
|---|---|---|---|---|---|---|---|---|
| 87 | 709 | C | 4JV36 | PAIR OF AFRICAN CARVED WOOD STOOLS | One Found in Pool House | MISSING | 1,500 | 2,500 |
| 117 | 860 | 837 | 5LH9B | Pair of upholstered blue damask tufted club chairs | Glen Love | NOT AT GL | 600 | 800 |
| 65 | 865 | 891 | 5NSPH | FOUR HAND-COLORED BOTANICAL PRINTS, Severeyns after Arckenhausen printed by Simonau T/W TWO OTHER BOTANICAL PRINTS | ?? Sold? | ? | 300 | 500 |
| 163 | 234 | 1198 | 5NW7W | CMB: A GROUP OF SILVER-PLATED TABLE ARTICLES: a 3-tier dessert stand, a rooster-form egg decapitator, 3 simulated wickerwork baskets | Thought to be in vault, but not; boxed ?? | ? | 540 | 810 |
| 149 - 150 | 736 | C 562; 560; 558 | 5P6DK | CMB: Pair of black and parcel-gilt painted glass lamps depicting 'Hector and Andromoche' T/W PAIR OF NEOCLASSICAL STYLE ALABASTER COLUMN-FORM LAMPS | at Glen Love; Neoclassical Alabaster Column-form Lamps sold?? | 2 of 4 Full do not have other at GL | 1,200 | 1,600 |
| 78 - 79 - 91 - 93 | 691 | 579; 584 677; 676; 680; 683; 783; 805 | 5PTDK | CMB: A large group of African carved wood figures | Pool House, except 805 not found | MISSING | 3,000 | 5,000 |
| 99 - 98 - 97 | 703 | 702; 704; 703; 705; 706; 707 | 5PSYP | CMB: A group of three African carved wood red-painted figures T/W three African carved wood standing figures | Not Found | MISSING | 3,000 | 5,000 |
| 80 - 90 | 674 | 709; 772; 761; 770; 774 | 5PS7L | CMB: A group of African carved wood standing figures | Pool House except 709 not found | MISSING | 1,800 | 2,500 |
| 96 - 97 | 705 | 714; 709; 713 | 5PSRJ | CMB: A pair of African carved wood standing male figures together with an African terracotta figure of a woman | Not Found | MISSING | 3,000 | 5,000 |
| 58 | N/A | 172 | 4JQ7C | CARVED HARDSTONE FIGURE OF A HISSING SNAKE | ?? - "in pieces" | BROKEN | 7,000 | 10,000 |
| 32 | N/A | 840 | 5LG9Q | Aboriginal 20th century wood panel | ?? - don't know what this is | UNKNOWN | 600 | 900 |
| 36 | N/A | 909 | 5MY8T | TWENTIETH CENTURY SCHOOL, Portraits: a group of four | Glen Love | NOT SUBJECT OF DISCUSSION | 200 | 300 |
| 118 | | C | | Bessarabian Kilim Carpet (10' 3" x 6' 6") | ?? Believed to be the same at 211 (Charles X Aubusson Carpet) see pic on pg 40 in catalog) - possibly at Ellerslie | | 3,000 | 5,000 |

| Notebook Page # | Catalogue Lot # | Contract Ref. # | Sotheby's Item ID | Item Description | Location on 13-Jan-2011 | Storage Location | Original Low Est | Original High Est |
|---|---|---|---|---|---|---|---|---|
| 118 | | C | | DO NOT KNOW <br> Bessarabian Kilim Runners (2) ?· | ?? | | 3,000 | 5,000 |
| 121 | | | | Believe sold by Annetten <br> George III Carved and Giltwood Torcheres ?· | believed to be "sold" but not consigned?? | Note: value based on Ins. appraisal | | 6,000 |
| 121 | | | | DO NOT KNOW WHAT THESE ARE <br> Continental Square Wood Stools (2) | ?? | Note: value based on Ins. appraisal | | 4,000 |
| | | | | | | | 46,740 | 81,710 |

278372

Page 3 of 3

_____

    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

_____

### 11. Closed financial accounts

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

_____

### 12. Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

_____

### 13. Setoffs

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| John W. Kluge Jr.<br>Apartment 52E<br>25 Columbus Circle<br>New York, NY 10019 | 6 chairs. painting, 7 engravings, lamps, table, commode, horn - $10,275 | Glen Love |
| David Easton, Inc.<br>5 Union Square West<br>New York, NY 10003 | Furniture - $70,000 | Glen Love |
| Farm Credit of the Virginias, ACA<br>106 Sangers Lane<br>Staunton, VA 24402 | See attached schedule | Some items not located but likely at JWK Trust Shed, Ellerslie Drive, Charlottesville VA 22902 |

**15. Prior address of debtor**

None ☐

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 355 Albemarle House Drive<br>Charlottesville, VA 22902 | Patricia Kluge | 1982-2010 |

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| fuel co LLC | 1795 | 901-905 Market Street Charlottesville, VA 22902 | restaurant and gas station | 2005-2008 |
| Vineyard Estates LLC | 5007 | 100 Grand Cru Drive Charlottesville, VA 22902 | real estate development | 2007-2011 |
| Kluge Estate Winery & Vineyard LLC | 4700 | 100 Grand Cru Drive Charlottesville, VA 22902 | winery and vineyard | 1999-2010 |

    b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☐

| NAME | ADDRESS |
|---|---|
| Vineyard Estates LLC | 100 Grand Cru Drive Charlottesville, VA 22902 |

## [Questions 19 - 25 are not applicable to this case]

\*   \*   \*   \*   \*   \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 7/11/11    Signature of Debtor    /s/ Patricia Maureen Kluge
PATRICIA MAUREEN KLUGE

Date 7/11/11    Signature of Joint Debtor    /s/ William Jay Moses
WILLIAM JAY MOSES

____0____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

_____

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF