B6C (Official Form 6C) (04/10)

In re  Patricia Maureen Kluge & William Jay Moses          Case No. 11-61517
       **Debtor**                                               **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)            ☐ Check if debtor claims a homestead exemption that exceeds $146,450*.
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Kluge Estate Winery & Vineyard LLC - 10% member interest | (Husb)Va. Code §34-4 | 1 | 1 |
| Condominium unit (furnished) | (Wife)Va. Code §34-4 | 1 | 450,000 |
| 2 2006 Arctic Cat ATV's | (Husb)Va. Code §34-26 (7)<br>(Wife)Va. Code §34-26 (7) | 1,750<br>1,750 | 3,500 |
| U.S. currency | (Husb)Va. Code §34-4<br>(Wife)Va. Code §34-4 | 1<br>1 | 1,000 |
| Wachovia Bank checking acccount #2530 | (Wife)Va. Code §34-4 | 1 | 2,588 |
| Bank of Paribas Marrakech checking #4116 | (Wife)Va. Code §34-4 | 1 | 7,710 |
| TD Bank checking account #6768 | (Husb)Va. Code §34-4<br>(Wife)Va. Code §34-4 | 1<br>1 | 2,933 |
| TD Bank savings account #5055 | (Husb)Va. Code §34-4<br>(Wife)Va. Code §34-4 | 1<br>1 | 1,527 |
| Gold Labrador retriever | (Husb)Va. Code §34-26 (5)<br>(Wife)Va. Code §34-26 (5) | 250<br>250 | 500 |
| Tibetian terrier | (Husb)Va. Code §34-26 (5)<br>(Wife)Va. Code §34-26 (5) | 250<br>250 | 500 |
| Miscellaneous wine collection | (Wife)Va. Code §34-26 (7) | 5,000 | 5,000 |
| Vineyard Estates LLC - 100% member interest | (Wife)Va. Code §34-4 | 1 | 1 |
| Clover Acquisitions LLC - 50% member interest | (Wife)Va. Code §34-4 | 1 | 1 |
| HP computer | (Wife)Va. Code §34-26 (7) | 250 | 250 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6C (Official Form 6C) (04/10) -- Cont.

**In re**  Patricia Maureen Kluge & William Jay Moses                    **Case No.**  11-61517
            **Debtor**                                                                                                         **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| Books | (Husb)Va. Code §34-26 (4)(a) | 100 | 100 |
| Painting (nude blonde) watercolor | (Husb)Va. Code §34-26 (4)(a) | 50 | 50 |
| Ronald Reagan movie poster - signed | (Husb)Va. Code §34-26 (4)(a) | 20 | 20 |
| Miscellaneous clothing | (Husb)Va. Code §34-26 (4) | 1,000 | 2,500 |
| IBM Qualified Defined Benefit Plan | (Husb)Va. Code §34-34 | Indeterminate | Indeterminate |
| Apple computer | (Husb)Va. Code §34-26 (7) | 200 | 200 |
| HP computer, printer | (Husb)Va. Code §34-26 (4)(a) | 300 | 300 |
| 2009 Jeep Grand Cherokee | (Husb)Va. Code §34-26 (8)<br>(Husb)Va. Code §34-4 | 2,000<br>1 | 19,760 |
| Skadden Arps Escrow Account - Waterfall escrow | (Husb)Va. Code §34-4<br>(Wife)Va. Code §34-4 | 1<br>1 | 1,041,964 |
| 4 hectares/8 acres farmland | (Wife)Va. Code §34-4 | 1 | 300,000 |
| Kluge Estate Winery & Vineyard LLC - 90% member interest | (Wife)Va. Code §34-4 | 1 | 1 |
| Wearing apparel | (Husb)Va. Code §34-4<br>(Wife)Va. Code §34-4 | 1<br>100 | 1 |
| KM Realty LLC - 50% member interest | (Wife)Va. Code §34-4 | 1 | 1 |
| fuel co. LLC - 50% member interest | (Husb)Va. Code §34-4 | 1 | 1 |
| fuel co. LLC - 50% member interest | (Wife)Va. Code §34-4 | 1 | 1 |
| Claims against Farm Credit of the Virginias, ACA | (Husb)Va. Code §34-4<br>(Wife)Va. Code §34-4 | Unknown<br>Unknown | Unknown |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

B6C (Official Form 6C) (04/10) -- Cont.

**In re** Patricia Maureen Kluge & William Jay Moses         **Case No.** 11-61517
              **Debtor**                                                                                                  **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| Claims against Farm Credit of the Virginias, ACA | (Wife)Va. Code §34-4 | Unknown | Unknown |
| Wedding ring | (Wife)Va. Code §34-26 (1)(a) | 50,000 | 50,000 |
| Engagement ring | (Wife)Va. Code §34-26 (1)(a) | 30,000 | 30,000 |
| Wedding band | (Husb)Va. Code §34-26 (1)(a) | 500 | 500 |
| 1981 Ford | (Wife)Va. Code §34-26 (8) | 1,000 | 1,000 |
| Zero Turn tractor | (Husb)Va. Code §34-27<br>(Wife)Va. Code §34-27 | 3,000<br>3,000 | 6,000 |
| Wages due but not received | (Wife)Va. Code § 34-29 | 1,754 | 2,339 |
| Wages due but not received | (Husb)Va. Code § 34-29 | 8,042 | 10,923 |
| 2 Belgium shotguns (engraved) | (Husb)Va. Code §34-4 | 2 | 4,000 |
| Aynsley gilt porcelain service | (Husb)Va. Code §34-26 (4)(a) | 1,900 | 1,900 |
| 8 framed botanical engravings | (Husb)Va. Code §34-26 (2)<br>(Husb)Va. Code §34-4 | 1,999<br>1 | 2,000 |
| Arbuthnott portrait | (Wife)Va. Code §34-26 (2) | 100 | 100 |
| 4 family charcoal portraits | (Wife)Va. Code §34-26 (2) | 200 | 200 |
| Spade and pitchfork salad service | (Wife)Va. Code §34-26 (4)(a) | 350 | 350 |
| Royal Dux vase | (Wife)Va. Code §34-26 (4)(a) | 1,000 | 1,000 |
| 2 Pascal small glass carvings | (Wife)Va. Code §34-26 (4)(a) | 800 | 800 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

**B6C (Official Form 6C) (04/10) -- Cont.**

In re    Patricia Maureen Kluge & William Jay Moses      Case No.   11-61517
                    **Debtor**                                                         **(If known)**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Herend gilt & green decorated dinner service | (Wife)Va. Code §34-26 (4)(a)<br>(Wife)Va. Code §34-4 | 1,999<br>1 | 2,000 |
| Grey velvet chaise lounge | (Wife)Va. Code §34-26 (4)(a)<br>(Wife)Va. Code §34-4 | 1<br>1 | 800 |
| Du Barry painting | (Wife)Va. Code §34-26 (2)<br>(Wife)Va. Code §34-4 | 100<br>1 | 100 |
| Lord Mountbatten beaker & stand | (Wife)Va. Code §34-26 (4)(a)<br>(Wife)Va. Code §34-4 | 1<br>1 | 800 |
| KM Realty LLC - 50% member interest | (Husb)Va. Code §34-4 | 1 | 1 |
| Clover Acquisitions LLC - 50% member interest | (Husb)Va. Code §34-4 | 1 | 1 |
| Claim against Sotheby's | (Husb)Va. Code §34-4<br>(Wife)Va. Code §34-4 | Unknown<br>Unknown | Unknown |
| Claim against Mallet Inc. | (Husb)Va. Code §34-4<br>(Wife)Va. Code §34-4 | Unknown<br>Unknown | Unknown |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

B6 (Official Form 6 - Declaration) (12/07)

In re  Patricia Maureen Kluge & William Jay Moses          Case No. 11-61517
                          Debtor                                                            (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __5__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  7/20/11                                    Signature:  /s/ Patricia Maureen Kluge
                                                                                                        Debtor

Date  7/20/11                                    Signature:  /s/ William Jay Moses
                                                                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                              _____
Printed or Typed Name and Title, if any,                          Social Security No.
of Bankruptcy Petition Preparer                                   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____                             _____
   Signature of Bankruptcy Petition Preparer                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____           Signature: _____

                                                                                 _____
                                                                               [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.